850 A.2d 439

IN THE MATTER OF KENNETH P. GLYNN, AN ATTORNEY
AT LAW (ATTORNEY NO. 029341976).

June 17, 2004.

**O R D E R**

The Disciplinary Review Board having filed with the Court its decision in DRB 03–356, concluding that **KENNETH P. GLYNN** of **FLEMINGTON,** who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of six months for violating *RPC* 1.8(a) (conflict of interest), *RPC* 1.15(d) and *Rule* 1:20–6 (negligent misappropriation of funds and recordkeeping violations), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **KENNETH P. GLYNN** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective July 12, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.